

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NOS. PD-1049-24 & PD-1050-24

### RODOLFO CERVANTES, Appellant

### v.

### THE STATE OF TEXAS

### ON APPELLANT'S PETITION FOR DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### DALLAS COUNTY

*Per curiam.*

## O P I N I O N

We granted Appellant's petition for discretionary review to determine whether the court of appeals used the incorrect prejudice standard in analyzing Appellant's ineffective assistance of counsel claim.    Having examined the record and briefs, we conclude that our decision to grant review was improvident.    We therefore dismiss Appellant's petition for discretionary review as improvidently granted.

Delivered: December 19, 2025

Do Not Publish